PD-0483-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/30/2015 4:30:43 PM
Accepted 5/1/2015 11:31:49 AM
ABEL ACOSTA
CLERK

No. 01-14-00189-CR

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

RUBEN TOTTEN,                    Appellant

v.

THE STATE OF TEXAS,             Appellee

Appeal from Harris County

\*   \*   \*   \*   \*

**STATE'S MOTION TO EXTEND TIME FOR
FILING ITS
PETITION FOR DISCRETIONARY REVIEW**

\*   \*   \*   \*   \*

FILED IN
COURT OF CRIMINAL APPEALS

May 1, 2015

ABEL ACOSTA, CLERK

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
Asst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its petition for discretionary review to and including the 15th day of May, 2015. It has recently come to our attention that the record may not accurately reflect the testimony that forms the basis of the opinion below. Additional time is required to determine if this can be verified and, if so, what steps must be taken to correct the record. No previous motions to extend the deadline for filing this petition have been filed.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until May 15, 2015, be granted.

Respectfully submitted,

    /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Petition for Discretionary Review has been eFiled or e-mailed on this the 30th day of April, 2015 to:

Alan Curry
Chief, Appellate Division, Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
CURRY_ALAN@dao.hctx.net

Sarah V. Wood
1201 Franklin Street, 13th Floor
Houston, Texas 77002
Sarah.Wood@pdo.hctx.net

    /s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney